IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | Case No. 1:13-cv-04346 |
| Plaintiff, | Judge John W. Darrah |
| v. | |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | |
| Defendants. | |

## NOTICE OF PRESENTMENT OF PENDING MOTION AND REQUEST FOR RULING

**PLEASE TAKE NOTICE** that on **Wednesday, August 21, 2013**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 1203 in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Pending Motion to Dismiss [DKT #15-16]** pursuant to **Plaintiff's L.R. 78.5 Notice of Pending Motion and Request for Ruling**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

GLAXOSMITHKLINE BIOLOGICALS, S.A.

By: */s/ Timothy R. Carraher*
One of its Attorneys

Jennifer L. Ilkka, Esq.
Timothy R. Carraher, Esq.
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
jilkka@reedsmith.com
tcarraher@reedsmith.com

Jyotin Hamid, Esq. (admitted *pro hac vice*)
Benjamin M. Aronson, Esq. (admitted *pro hac vice*)
Zachary H. Saltzman, Esq. (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-1031
jhamid@debevoise.com
baronson@debevoise.com
zsaltzman@debevoise.com

*Attorneys for Plaintiff*
*GlaxoSmithKline Biologicals, S.A.*