IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | ) | |
| | ) | |
| Plaintiff, | ) | No. 13-cv-4346 |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To: *See attached Certificate of Service.*

Please take notice that on August 21, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Room 1203, the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present **Defendants' Combined Motion for Leave to Amend Their Pending Motion to Dismiss and Response to GSK's Local Rule 78.5 Notice,** a copy of which has been served upon you.

Date: August 9, 2013

Respectfully submitted,

HOSPIRA WORLDWIDE, INC.
AND HOSPIRA, INC.

By: /s/ Christopher D. Liguori
One of Their Attorneys

Christopher D. Liguori
Timothy A. Hudson
Katherine M. O'Brien
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
cliguori@tdrlawfirm.com
thudson@tdrlawfirm.com
kobrien@tdrlawfirm.com
*Attorneys for Defendants Hospira Worldwide, Inc. and Hospira, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2013, he caused a copy of the foregoing **Notice of Motion** and **Defendants' Combined Motion for Leave to Amend Their Pending Motion to Dismiss and Response to GSK's Local Rule 78.5 Notice** to be served via the Court's electronic filing system upon the following attorneys:

Jennifer L. Ilkka, Esq.
Timothy R. Carraher, Esq.
REED SMITH, LLP
10 S. Wacker Drive
Chicago, IL 60606
jilkka@reedsmith.com
tcarraher@reedsmith.com

Jyotin Hamid, Esq.
Benjamin M. Aronson, Esq.
Zachary H. Saltzman, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
jhamid@debevoise.com
baronson@debevoise.com
zsaltaman@debevoise.com

*Attorneys for Plaintiff
GlaxoSmithKline Biologicals, S.A.*

                                            /s/ Christopher D. Liguori
                                         *Attorneys for Defendants Hospira
                                         Worldwide, Inc. and Hospira, Inc.*