# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | : |
| | : Case No. 1:13-cv-04346 |
| Plaintiff, | : |
| | : Judge John W. Darrah |
| v. | : |
| | : |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | : |
| | : |
| | : |
| Defendants. | : |

**PLAINTIFF GLAXOSMITHKLINE BIOLOGICALS' NOTICE AND CERTIFICATE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff GlaxoSmithKline Biologicals, S.A. ("GSK"), by and through its undersigned attorneys, hereby provides notice to the Court that on September 18, 2013, pursuant to and in compliance with the parties' agreement, as adopted by the Court and set forth in the Scheduling Order entered August 21, 2013 (D.E. 41), GSK served its Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures on Defendants Hospira Worldwide, Inc. and Hospira, Inc., as set forth on the attached Certificate of Service.

Dated: September 18, 2013

                                            Respectfully submitted,

                                            GLAXOSMITHKLINE BIOLOGICALS, S.A.

                                            By: /s/ *Jennifer L. Ilkka*
                                            One of its Attorneys

Jennifer L. Ilkka, Esq.
Timothy R. Carraher, Esq.
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
jilkka@reedsmith.com
tcarraher@reedsmith.com

Jyotin Hamid, Esq. (admitted *pro hac vice*)
Benjamin M. Aronson, Esq. (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-1031
jhamid@debevoise.com
baronson@debevoise.com

*Attorneys for Plaintiff*
*GlaxoSmithKline Biologicals, S.A*

## **CERTIFICATE OF SERVICE**

      I, Jennifer L. Ilkka, attorney for Plaintiff GlaxoSmithKline Biologicals, S.A., state that Plaintiff's Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures have been served upon counsel of record for Defendants Hospira Worldwide, Inc. and Hospira, Inc. at the following address by first class mail and electronic mail on the 18th day of September, 2013:

Christopher D. Liguori  
Timothy A. Hudson  
Katherine M. O'Brien  
Tabet DiVito & Rothstein LLC  
209 S. LaSalle St., 7th floor  
Chicago, Illinois 60604  
cliguori@tdrlawfirm.com  
thudson@tdrlawfirm.com  
kobrien@tdrlawfirm.com  

                                            /s/ Jennifer L. Ilkka