IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------X
GLAXOSMITHKLINE BIOLOGICALS, S.A., :
: Case No. 1:13-cv-04346
Plaintiff, :
: Judge John W. Darrah
v. :
:
HOSPIRA WORLDWIDE, INC. and :
HOSPIRA, INC., :
:
Defendants. :
------------------------------------X

## MOTION FOR LEAVE TO WITHDRAW

The undersigned counsel, Zachary H. Saltzman, pursuant to L.R. 83.17, hereby moves the Court to grant leave to withdraw him as counsel for Plaintiff GlaxoSmithKline Biologicals, S.A and to remove him from CM/ECF service for this matter. The undersigned counsel is no longer associated with the law firm of Debevoise & Plimpton LLP. The law firm of Debevoise & Plimpton LLP has and will continue to represent Plaintiff GlaxoSmithKline Biologicals, S.A.

Dated: November 5, 2013

                                        Respectfully submitted,

                                        */s/ Zachary H. Saltzman*
                                        Law Clerk to the Hon. Carol B. Amon
                                        U.S. District Court, Eastern District of New York
                                        225 Cadman Plaza East
                                        Brooklyn, NY 11201