IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------X
GLAXOSMITHKLINE BIOLOGICALS, S.A., :
: Case No. 1:13-cv-04346
Plaintiff, :
: Judge John W. Darrah
v. :
:
HOSPIRA WORLDWIDE, INC. and :
HOSPIRA, INC., :
:
Defendants. :
---------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, November 7, 2013**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 1203 in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Zachary H. Saltzman's Motion for Leave to Withdraw, a copy of which is attached hereto and been served upon you.

Dated: November 5, 2013

Respectfully submitted,

GLAXOSMITHKLINE BIOLOGICALS, S.A.

By: /s/ Timothy R. Carraher

Timothy R. Carraher
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
tcarraher@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing Motion to Withdraw by Zachary H. Saltzman, attorney for Plaintiff GlaxoSmithKline Biologicals, S.A. was filed electronically with the Clerk of Court using the CM/ECF system on November 5, 2013, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Timothy R. Carraher
Timothy R. Carraher
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
tcarraher@reedsmith.com