**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Glaxosmithkline Biologicals ) | Case No: 13 C 4346 |
| v. ) | Judge: John W. Darrah |
| Hospira Worldwide, Inc. et al ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's motion for leave to withdraw attorney Saltzman is granted [44]. For the reasons stated in the attached memorandum opinion and order, Hospira's Combined Motion for Leave to Amend the Pending Motion to Dismiss and Response to GSK's Local Rule 78.5 Notice [37] is granted. Hospira is directed to file its Amended Motion to Dismiss forthwith. Enter Memorandum Opinion and Order. Motion to dismiss to be filed by 11/8/13, response by 12/9/13, reply by 12/23/13. Status hearing/ruling is set for 3/5/14 at 9:30 a.m.

(T:) 00:05

Date: 11/7/13                                                                 /s/ Judge John W. Darrah