**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | ) |
| | ) |
| Plaintiff, | ) No. 13-cv-4346 |
| v. | ) |
| | ) Hon. John W. Darrah |
| HOSPIRA WORLDWIDE, INC. and | ) |
| HOSPIRA, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' AMENDED MOTION TO DISMISS**

Defendants Hospira Worldwide, Inc. and Hospira, Inc. (collectively "defendants"), by their attorneys, Tabet DiVito & Rothstein LLC, respectfully move to dismiss plaintiff GlaxoSmithKline Biologicals, S.A.'s ("GSK") complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds in support of this Motion are set forth in Defendants' Amended Memorandum of Law in Support of Their Motion to Dismiss, which is filed simultaneously herewith.

WHEREFORE, defendants respectfully request that the complaint be dismissed with prejudice.

Dated: November 8, 2013

Christopher D. Liguori
Timothy A. Hudson
Katherine M. O'Brien
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
cliguori@tdrlawfirm.com
thudson@tdrlawfirm.com
kobrien@tdrlawfirm.com

Respectfully submitted,

HOSPIRA WORLDWIDE, INC. and
HOSPIRA, INC.

By: /s/ Christopher D. Liguori
     One of Their Attorneys