# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Glaxosmithkline Biologicals ) | Case No: 13 C 4346 |
| v. ) | Judge: John W. Darrah |
| Hospira Worldwide, Inc et al ) |  |

## ORDER

Ruling on motion hearing held. Defendants' amended motion to dismiss is withdrawn without prejudice with leave to re-file. Defendants' motion to dismiss to be filed by 12/23/13, response by 1/22/14, reply by 2/5/14. Status hearing set for 3/5/14 is re-set to 3/13/14 at 9:30 a.m.

(T:) 00:05

Date: 12/11/13                                                              /s/ Judge John W. Darrah