**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | ) |
| Plaintiff, | ) No. 13-cv-4346 |
| v. | ) Hon. John W. Darrah |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Hospira Worldwide, Inc. and Hospira, Inc. (collectively "defendants"), by their attorneys, Tabet DiVito & Rothstein LLC, respectfully move to dismiss plaintiff GlaxoSmithKline Biologicals, S.A.'s ("GSK") amended complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds in support of this Motion are set forth in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, which is filed simultaneously herewith.

WHEREFORE, defendants respectfully request that the amended complaint be dismissed with prejudice.

Dated: December 23, 2013

Christopher D. Liguori
Timothy A. Hudson
Katherine M. O'Brien
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
cliguori@tdrlawfirm.com
thudson@tdrlawfirm.com
kobrien@tdrlawfirm.com

Respectfully submitted,

HOSPIRA WORLDWIDE, INC. and
HOSPIRA, INC.

By: /s/ Christopher D. Liguori
    One of Their Attorneys